U.S. DIST. CT
AMARILLO, TX

R Wayne Johnson  #10-041
VS                                    (VOID)
DIRECTOR -            (LACK JURISDICTION)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 1 2022
CLERK, U.S. DISTRICT COURT
By___ Deputy

MOTION TO VACATE!
ORDER: "LACK JURISDICTION"

1) Rule 60(b)-(4) - VOID!
LACK Jurisdiction: UN-Licensed PRO-SE: §1.051 GOV. CODE ("Licensed Atty's"
A) crime: 37.11 Impersonate PUBLIC SERVANTS (Quoted VerBATim):
B) "MAGISTRATES Report on FILE -
"LACK Jurisdiction SANS: VOLUNTARY CONSENT" YELDON: 710 F3D 452 (5TH)

pg (1)

#10-041 (VOID)

## UN-LICENSED (PRO-SE) CRIMES

1) 37.11 "Impersonate Public Servant without Legal Authority" (1.07 Penal Code Sect (41)-(D): "Attys are Public Servants"

2) 38.12 Barratry: (1) Institutes a suit the person has not been authorized to pursue" (b) (1) finances commission of an offense" (d)-(e) involves coercion, duress, fraud, overreaching, undue influence"

3) 36.04 "Improper Influence" Addresses a representation, entreaty, argument, other communication to any public servant, who will exercise discretion in an adjudicatory proceedings with intent to influence the outcome, on a basis other than authorized by law" (b) adjudicatory proceedings means any proceedings before any court, or other agency of Government where where leagl rights of parties are determined"

4) 81.051 Gov. Code: "Licensed Attys" (Prohibits Pro-Se)

5) 83.001 Gov. Code "Prohibited Acts: Unauthorized practice of Law (b) except Licensed Atty"

6) Un-Authorized practice of Law: 81.101 Gov. Code "Any services rendered out of court, requiring use of legal skills or knowledge, includes advice"
(Pro-Se: Beyond Statutory Jurisdiction: (Void)"

7) Aiv: 148 S.W. 3d 109-15 (TX) "Void when violates public policy" Stubbe 733 S.W. 2d 132 (Tx)

8) "Beyond Statute: Void" Rosser 902 S.W. 2d 962 (Tx): Best Buy 395 S.W. 3D 847-67: Patrick 86 S.W. 3D 542 (Act Beyond Statute: Lack Jurisdiction:" Hettler 110 S.W 3D 152 (Lack Jurisdiction: Not listed in Statute) Casner 943 S.W. 2d 937 (Same): McGee 213 S.W.3D 405 (same)

9) Garcia 893 S.W. 2d 504-26 (Tx) "Only exercise jurisdiction

[handwritten margin note: 19 USC 241 Conspiracy violate Civil Rights" (when no jurisdiction)]

(cites 28 USC 636(c)-(1)-
(Thus, district courts ORDER on
Recommendation FALLS ALSO SINCE
NO VOLUNTARY consent" YELDON-
SUPRA)

2) Judicial Notice Rule 201(b)-
Houston FED. ct) "motion TO Vacate
LACK Jurisdiction (PRO-SE) #71-H-570)
AND #14-1698 (SAME motion To
Vacate ; LACK Jurisdiction (PRO-SE)

3) "We follow TX. courts interp-
retation of our LAWS." Richards
710 F.3d. 513 (5TH); MONTANA 116 SCt
2013 (SAme Holding")

(Vacate VOID SAnctions ORder;
Research) (pg: 2)

R Wayne Johnson
3 Jester ROAD
Richmond, TX 77406

conferred by Statute by the Legislature"

10) Unlawful Acts Rule: Plummer 832 S.W. 2d 757 "No legal right can be asserted in the courts that is predicated upon the unlawful acts of a party asserting it" (Grimes 707 S.W. 2d 196) Court will not aid one who comes as a law violator (Turley 191 S.W. 3D 362 - Unlawful acts barred recovery"

(SEPARATION OF POWERS)

11) Perry 483 S.W. 3D 884 (Crim Appls) "Any attempt by one dep't of Gov't to interfere with the powers constitutionally assigned to another is null and void"

12) The judiciary inavdes the provinve of the Legislature by "suspending" 81.051 Gov. Code (Penal Code: Crimes 37.11 - 38.12 and 36.04)
(Tx Constitution: Article 1, Section 28 "Only the Legislature can "suspend" a statute" (Separation of Powers: Article 2, Sect. 1, Tx Constitution)

(DENIAL OF DUE PROCESS)

13) Romeo 102 S. Ct. 2452-65 "There exists a substantive due process right to the "enforcement" of State laws"

14) Salazar 120 S. Ct. 774 "When one does not receive all allowed by State Laws, Due Process is denied: Ross 108 S. Ct. 2273 (Same) Hicks 100 S. Ct. 2227 (Same) Panetti 127 S. Ct. 2482 (Same)

15) Fundamental Right to Access to Courts grounded upon the Due Process Clause: Lane 124 S.Ct. 1978-94 (Abridged: Cruz 92 S.Ct. 313 Hull 61 S.Ct. 640, Johnson 89 S.Ct. ~~947~~ 747

"Follow TX LAWS" Richards 710 F.3d 573)



NORTH HOUSTON TX 773
28 JUL 2022 PM 3 L

2822756
R Wayne Johnson
3-Gaster Road C3
Richmond, Tx 77406

U.S. DISTRICT COURT
205 E. 5TH St. (Rm-133
Amarillo, TX 79101-

RECEIVED
AUG -1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101-155999